UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CARRIE M. WARD,** *et al* <br>       Plaintiffs/Substitute <br>       Trustees <br> v. <br> **MOHAMMAD RIZWAN** <br> **ROBINA SHAHEEN** <br>       Defendants | Case No: 8:16-cv-00478-DKC |
| **MOHAMMAD RIZWAN** <br> **and ROBINA SHAHEEN** <br>       Counter-Plaintiffs <br><br> *On Behalf of a Class and Subclass of Similarly Situated Persons* <br><br> v. <br><br> **FCI LENDER SERVICES INC.,** *et al.* <br>       Counter-Defendants | |

### ORDER

Upon consideration of Defendants/Counter Plaintiffs Mohammad Rizwan and Robina Shaheen's Motion to Remand and the opposition thereto, if any, the Court does hereby GRANT the motion and remands this matter to the Circuit Court for Montgomery County, Maryland. Defendants/Counter Plaintiffs may, within ten days entry of this Order petition the Court for their reasonable attorney fees incurred related to the Motion to Remand.

                                                                             _____
                                                                             Deborah K. Chasanow
                                                                             District Judge

1